IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Humbert, Marvin | Case Number: 07 B 00411 |
|---|---|---|
| | Bernichio-Humbert, Dina | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 1/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 17, 2008
Confirmed: April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,431.00 | |
| Secured: | | 18,380.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,040.78 |
| Other Funds: | | 9.63 |
| Totals: | 19,431.00 | 19,431.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | First American Bank | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Fifth Third Bank | Secured | 25,800.03 | 15,047.89 |
| 5. | CitiFinancial | Secured | 2,500.00 | 600.04 |
| 6. | Hinsdale Bank & Trust | Secured | 9,270.34 | 2,732.66 |
| 7. | Capital One | Unsecured | 21,243.30 | 0.00 |
| 8. | First National Bank of Omaha | Unsecured | 5,944.15 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 3,485.58 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 5,013.37 | 0.00 |
| 11. | GE Money Bank | Unsecured | 3,474.07 | 0.00 |
| 12. | Citibank (South Dakota), N.A. | Unsecured | 6,102.52 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 2,684.37 | 0.00 |
| 14. | Hinsdale Bank & Trust | Unsecured | 0.03 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 904.16 | 0.00 |
| 16. | Citibank (South Dakota), N.A. | Unsecured | 3,227.25 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 3,086.38 | 0.00 |
| 18. | Fifth Third Bank | Unsecured | 337.10 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 8,348.68 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 2,966.19 | 0.00 |
| 21. | Kohl's/Kohl's Dept Stores | Unsecured | 373.22 | 0.00 |
| 22. | Discover Financial Services | Unsecured | 2,238.76 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 1,965.10 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 399.39 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 387.42 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Humbert, Marvin  
  Bernichio-Humbert, Dina  
  Printed: 9/3/08

Case Number: 07 B 00411  
Judge: Goldgar, A. Benjamin  
Filed: 1/10/07

| | | | | |
|---|---|---|---:|---:|
| 26. | ECast Settlement Corp | Unsecured | 12,317.72 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 10,653.00 | 0.00 |
| 28. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 29. | Aspire | Unsecured | | No Claim Filed |
| 30. | Retail Services | Unsecured | | No Claim Filed |

                                                        $ 132,722.13      $ 18,380.59

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 90.26 |
| 5.4% | 930.74 |
| 6.5% | 19.78 |
| | $ 1,040.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____